# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# (ATLANTA)

| | |
|---|---|
| IN RE:<br>A P REAL ESTATE GEORGIA LLC,<br>                Debtor,<br>KATHLEEN STEIL AS TRUSTEE<br>                      Movant<br><br>v.<br><br>CITY OF KENNESAW, OPTUM CONSTRUCTION GROUP, LLC, LOYALTY ENTERPRISES, INC., BEE-DON, INC., CAT PLUMBING, INC., THOMAS CONCRETE OF GEORGIA, INC.; YANCEY RENTS, GENESIS CONCRETE PUMPING, LLC, CRUSADE CONSTRUCTION COMPANY LLC, and<br>ERNST ENTERPRISES OF GEORGIA, INC., | Case No. 23-57890-JWC<br><br>Chapter 7<br><br>Contested Matter |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

COMES NOW, A P REAL ESTATE GEORGIA LLC, Debtor, and Harshad Patel appeals, to the United States District Court for the Northern District of Georgia, the final order entered by this Court on March 31, 2025, which granted Trustee's Motion for Entry of an Order Authorizing the Sale of Debtors Property Free and Clear of Liens, Claims, Interests, and Encumbrance.

1

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): A P REAL ESTATE GEORGIA LLC, and its Manager/proposed purchaser Harshad Patel

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff

☐ Defendant

☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.

[X] Debtor

☐ Creditor

☐ Trustee

☐ Other (describe)

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: Order which granted Trustee's Motion for Entry of an Order Authorizing the Sale of Debtors Property Free and Clear of Liens, Claims,

2

Interests, and Encumbrance.

2. State the date on which the judgment—or the appealable order or decree—was entered:

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Appellant: A P Real Estate Georgia LLC; Harshad Patel - Robert L. Sirianni, Jr., Esquire GA Bar No. 216624 BROWNSTONE, P.A. P.O. Box 2047 Winter Park, FL 32790; Telephone: (407) 388-1900; Facsimile: (407) 622-1511; robertsirianni@brownstonelaw.com

2. Trustee/Appellee: Kathleen Steil represented by Tamara Ogier, Ogier, Rosenfeld & Steil, P.C. P.O. Box 1547 Decatur, GA 30031 404-525-4000 Fax : 678-381-1175 Email: tmo@orratl.com

3. U.S. Trustee/Appellee: United States Trustee 362 Richard Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303 404-331-4437 represented by Lindsay P. S. Kolba Office of the U.S. Trustee Suite 362 75 Ted Turner Drive, S.W. Atlanta, GA 30303 (404) 331-4437 Email: lindsay.p.kolba@usdoj.gov

4. Appellee: CBRE Inc. 3550 Lenox Road Suite 2300 Atlanta, GA 30326; Jin Jing, Esq. CBRE, Legal Department 200 Park Avenue New York, NY 10166. 404-504-7900.

5. Appellee: DRB Group Georgia, LLC Samuel Holder, Asst. Corporate Counsel DRB Group Georgia, LLC 55 Ivan Allen Blvd, Suite 400 Atlanta, GA 30308

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: April 14, 2025

          Respectfully submitted,

*/s/ Robert L. Sirianni, Jr., Esq.*
Robert L. Sirianni, Jr., Esquire
GA Bar No. 216624
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, FL  32790
Telephone: (407) 388-1900
Facsimile: (407) 622-1511
robertsirianni@brownstonelaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Appeal* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Ian M. Falcone**   legalassistant@falconefirm.com
- **David H. Johnson** dhj@mccorklejohnson.com
- **G. Marshall Kent** mkent@foxrothschild.com, ddavis@foxrothschild.com
- **Lindsay P. S. Kolba**   lindsay.p.kolba@usdoj.gov
- **Kevin A. Stine**   kstine@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

I further certify that on this day I caused a copy of this document to be served via U.S. Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

    A P Real Estate Georgia, LLC 5 Baltic Street
    Edison, NJ 08820

    Ian M. Falcone
    The Falcone Law Firm, P.C. 363 Lawrence Street
    Marietta, GA 30060

    CBRE Inc.
    3550 Lenox Road
    Suite 2300
    Atlanta, GA 30326

    Samuel Holder, Asst. Corporate Counsel
    DRB Group Georgia, LLC
    55 Ivan Allen Blvd, Suite 400
    Atlanta, GA 30308

    Parkland Communities James Jacobi
    925 North Point Parkway, Suite 320
    Alpharetta, GA 30005

Traton Homes Richard Parvey
720 Kennesaw Avenue
Marietta, GA 30060

Fischer Homes Michael Kady
3940 Olympic Boulevard, Suite 400
Erlanger, KY 41018

InLine Communities Bryan Musolf
48 Atlanta Street
Marietta, GA 30060

BVO Capital Kevin Woodley
7315 Wisconsin Ave, Suite 925W Bethesda, MD 20814

Beazer Homes Scott Butler
2002 Summit Boulevard NE, 15th Floor Atlanta GA 30319

Taylor Morrison Mason Maynardi
4400 North Point Parkway, Suite 295
Alpharetta, GA 30022

PulteGroup Ross Ripple
2475 Northwinds Pkwy, Ste 600
Alpharetta, GA 30009

DR Horton Sharonda Rahming
8800 Roswell Road, Bld B Suite B Atlanta, GA 30350

Davidson Homes
Geoffrey Martin
3460 Preston Ridge Suite 525
Alpharetta, GA 30005

Harshad Patel
Harshad Patel 5 Baltic Street
Edison, NJ 08820

                                         */s/ Robert L. Sirianni, Jr.*
                                         Robert L. Sirianni, Jr., Esquire